UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JUAN GOMEZ on behalf of himself and
others similarly situated,

        Plaintiff,

vs.                            Case No.  2:08-cv-636-FtM-29DNF

ARNOLD BROS., INC. a Florida
corporation, STEPHEN ARNOLD
individually,

        Defendants.
_____

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #16), filed November 13, 2008, recommending that the Joint Motion for Approval of Settlement (Doc. #15) be granted, the settlement be approved as fair and reasonable, and the case be dismissed with prejudice and closed. No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in

whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge and finds that the settlement is fair and reasonable.

Accordingly, it is now

**ORDERED**:

1.  The Report and Recommendation (Doc. #16) is hereby **adopted** and incorporated herein.

2.  The Joint Motion for Approval of Settlement (Doc. #15) is **GRANTED** and the Settlement Agreement and Full and Final Release of Claims (Doc. #15-2) is approved as fair and reasonable.

2.  The Clerk shall enter judgment dismissing the case with prejudice, terminate all deadlines, and close the case.

**DONE AND ORDERED** at Fort Myers, Florida, this ___2nd___ day of December, 2008.

_/s/ John E. Steele_
JOHN E. STEELE
United States District Judge

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Counsel of Record
Unrepresented parties